TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00677-CV







David Lewis Bratton, Appellant



v.



Nicola Ielene Bratton, Appellee







FROM THE DISTRICT COURT OF McCULLOCH COUNTY, 198TH JUDICIAL DISTRICT


NO. 084-94, HONORABLE EMIL KARL PROHL, JUDGE PRESIDING







PER CURIAM


 The parties have filed a joint motion for reversal and remand. The parties' joint
motion is granted. Tex. R. App. P. 59(a)(1)(A). 

 The trial court's order of July 25, 1995 is reversed and the cause is remanded to
the trial court for entry of judgment reflecting the parties' settlement agreement.


Before Justices Powers, Aboussie and Kidd

Reversed and Remanded on Joint Motion

Filed: January 10, 1996

Do Not Publish